# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00291 |
| v. | (Judge Brann) |
| MARKEESE ASKEW, RAYMOND HOWARD, | |
| Defendants. | |

## ORDER

**AND NOW**, this 9th day of April 2019, **IT IS HEREBY ORDERED** that Defendant Markeese Askew's Motion for Severance of Counts 14 through 17, filed November 29, 2018, ECF No. 122, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge